RECEIVED
AUG 1 8 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 6:09-CR-00221-02 |
| VERSUS | JUDGE DOHERTY |
| MINSON JUNIUS MENARD (02) | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that defendant Minson Junius Menard's motions (Rec. Docs. 133, 140, 142) are GRANTED, his sentence is vacated, and he shall be resentenced, consistent with the report and recommendation.

Lafayette, Louisiana, this 18th day of August, 2015.

Rebecca F. Doherty
United States District Judge